IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | No. 07-3009 |
| ) | |
| ROGER ZIMMERMAN, Warden, ) | |
| ) | |
| Respondent. ) | |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 2). This is the initial consideration of the Petition under Rule 4 of the Rules Governing § 2254 Cases.

After a review of the Petition, this Court finds that a summary dismissal is not warranted. Therefore, pursuant to Rule 4, the Court directs the Attorney General for the State of Illinois to respond to the Petition. The response shall discuss the merits and the procedural posture of the Petition, i.e. whether Petitioner has exhausted his state remedies and/or procedurally defaulted any of his claims. See Rule 5 of the Rules Governing § 2254 Cases.

1

THEREFORE, the Attorney General for the State of Illinois is Ordered to file on or before February 23, 2007, an answer pursuant to Rule 5 of the Rules Governing 28 U.S.C. § 2254 Cases to Petitioner's Petition for a Writ of Habeas Corpus. Petitioner is granted 21 days from the time the answer is filed to file a reply.

IT IS THEREFORE SO ORDERED.

ENTER: January 18, 2007.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE