AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| Central | DISTRICT OF | Illinois |

Antwon Hibbler v. Roger Zimmerman

**APPEARANCE**

Case Number: 07-3009

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Roger Zimmerman

I certify that I am admitted to practice in this court.

| 2/16/2007 | s/ Michael R. Blankenheim |
|---|---|
| Date | Signature |
| | Michael R. Blankenheim    6289072 |
| | Print Name    Bar Number |
| | 100 West Randolph Street, 12th Floor |
| | Address |
| | Chicago    IL    60601 |
| | City    State    Zip Code |
| | (312) 814-8826    (312) 814-2253 |
| | Phone Number    Fax Number |