E-FILED
Wednesday, 07 March, 2007 04:05:27 PM
Clerk, U.S. District Court, ILCD

In The
United States District Court
for The Central District Of Illinois
Springfield Division

**FILED**
MAR 0 7 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Antwon S. Hibbler,           )   Case no: 07-3009
   Petitioner,             )
                           )   The Honorable
  v.                         )   Jeanne E. Scott,
                           )   Judge Presiding.
Roger Zimmerman,             )
   Respondent,             )

### Motion For Voluntary Dismissal (Without Prejudice)

Now Comes the Petitioner, Antwon S. Hibbler pro-se, pursuant to Rule 41 of the Federal R. Civ. Procedure, respectfully moves this Honorable Court to allow him to voluntary dismiss his Petition For Writ Of Habeas Corpus 28 U.S.C. 2254 (b)(1).

In support thereof, Petitioner states as follows:

1) Petitioner, Antwon S. Hibbler is incarcerated at Western Illinois Correctional Center in Mount Sterling, Illinois. Petitioner's prison identification number is B45991

2) On January 17, 2007, this court filed petitioner's petition for writ of habeas corpus. The instant petition raises three claims for relief.

3) On January 18, 2007, this court ordered respondent to answer the petition, and to discuss whether petitioner had exhausted his state remedies and/or procedurally defaulted any of his claims.

4) Petitioner acknowledges that he has not exhausted his state remedies, and that he makes this request, so that he may exhaust his state remedies.

5) Petitioner represents that the respondents will not be prejudiced in any foreseeable manner in the events that this court allows him to voluntary dismiss his petition for writ of habeas corpus without prejudice.

Wherefore, Petitioner Antwoon S. Hibbler respectfully request this Honorable Court allows him to voluntary dismiss his petition for writ of Habeas Corpus without prejudice.

Respectfully Summitted,
Antwoon S. Hibbler

IN THE
United States District Court
Of the Central District Springfield Illinois

Antwon S. Hibbler
Plaintiff,                        )
                                  )
                                  )  Case No. 07-3009
      v.                          )
                                  )
                                  )
Roger Zimmerman-Warden            )
Defendant

**PROOF/CERTIFICATE OF SERVICE**

District
TO: Circuit Court                 TO: Attorney General

PLEASE TAKE NOTICE that on March 1, 2007, I have placed the documents listed below in the institutional mail at Western Il Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service:

- Motion For voluntary Dissmissal

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/109, I declare, under penalty of perjury, that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

DATE: March 1, 2007

/s/ Antwon S. Hibbler
NAME: Antwon S. Hibbler
IDOC#: B45991
Western Correctional Center
P.O. BOX 196
Mount Sterling, IL 62353

Revised Jan 2002