E-FILED
Friday, 06 April, 2007  09:43:20 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| ANTWON S. HIBBLER, | ) |
| Petitioner, | ) |
| v. | ) No. 07-3009 |
| ROGER ZIMMERMAN, Warden, | ) |
| Respondent. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This cause is before the Court on Respondent Roger Zimmerman's Motion to Dismiss (d/e 6) and Petitioner Antwon Hibbler's Motion for Voluntary Dismissal (Without Prejudice) (d/e 7). For the reasons set forth below, Petitioner's Motion for Voluntary Dismissal is allowed and Respondent's Motion to Dismiss is denied as moot.

On February 16, 2007, Respondent filed his Motion to Dismiss with exhibits, asserting that Petitioner failed to exhaust available state remedies as required by 28 U.S.C. § 2254(b)(1). As a result, Respondent asked that Hibbler's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 2) (Petition) be dismissed without prejudice. On March 7, 2007, Hibbler filed his Motion for Voluntary Dismissal. Hibbler concedes that he failed

to exhaust his state remedies and requests that his Petition be dismissed without prejudice. The Court allows Hibbler's request and dismisses the Petition. As a result, Respondent's Motion to Dismiss is moot. The Court notes that Hibbler has not asked the Court to stay his Petition and the record does not reflect any reason to justify a stay. See Rhines v. Weber, 544 U.S. 269 (2005).

THEREFORE, Petitioner Antwon Hibbler's Motion for Voluntary Dismissal (Without Prejudice) (d/e 7) is ALLOWED, and Respondent Roger Zimmerman's Motion to Dismiss (d/e 6) is DENIED as MOOT. Petitioner's Petition under 28 U.S.C. § 2254 for a Writ of Habeas Corpus (d/e 2) is DISMISSED without prejudice. All pending motions are denied as moot. This case is closed.

ENTER:    April 5    , 2007.

FOR THE COURT:

                              s/ Jeanne E. Scott
                            JEANNE E. SCOTT
                     UNITED STATES DISTRICT JUDGE